## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VALERIE BONNEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV298** |
| vs. | ) | |
| | ) | **ORDER** |
| **AMERICAN FAMILY MUTUAL** | ) | |
| **INSURANCE COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

     This matter is before the magistrate judge for pretrial supervision. Upon review of the docket, it appears that attorney Robert R. Siffring was erroneously designated by the Clerk as counsel of record for defendant Oriental Trading Company. While Mr. Siffring was included on the service list attached to the Notice of Removal, he has not entered an appearance in this case and should not be listed as counsel of record.

**IT IS ORDERED:**

     1. The Clerk shall terminate the appearance of Robert R. Siffring as counsel for Oriental Trading Company because Mr. Siffring has not entered any appearance in this case.

     2. Robert R. Siffring is excused from registering for the CM/ECF System and the Clerk shall cease all notices to Mr. Siffring in this case.

**DATED April 12, 2006.**

                                                  **BY THE COURT:**

                                                  **s/ F.A. Gossett**
                                                  **United States Magistrate Judge**