IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALERIE BONNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV298 |
| | ) | |
| AMERICAN FAMILY MUTUAL | ) | ORDER |
| INSURANCE COMPANY, WELLMARK | ) | |
| ADMINISTRATORS, INC., FIRST | ) | |
| ADMINISTRATORS, INC., and | ) | |
| ORIENTAL TRADING COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

The parties request a 60-day extension of time to file their planning conference report pending service of the Summons and Complaint on defendant, Oriental Trading Company. For good cause shown, I find that their joint motion should be granted.

**IT IS ORDERED** that the Joint Motion for Extension of Time [16] is granted. The parties are given until and including **July 25, 2006** to file their Rule 26(f) planning conference report.

**DATED May 24, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge