IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALERIE BONNEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV298 |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, WELLMARK ADMINISTRATORS, INC., FIRST ADMINISTRATORS, INC., and ORIENTAL TRADING COMPANY, INC., | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

The matter before the court is the plaintiff's unopposed Motion to Dismiss without Prejudice (Filing No. 15). The court finds that this matter should be dismissed without prejudice against defendants Wellmark Administrators, Inc. and First Administrators, Inc.

IT IS, THEREFORE, ORDERED that, pursuant to Fed. R. Civ. P. 41(a), the plaintiff's cause of action against the defendants Wellmark Administrators, Inc. and First Administrators, Inc., is hereby dismissed in its entirety, without prejudice.

DATED this 6th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge