IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALERIE BONNEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV298 |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and ORIENTAL TRADING COMPANY, | ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) ) | |

This matter came on for consideration upon the Plaintiff's Motion to Dismiss (Filing No. 25). The Court, being duly advised in the premises, hereby grants the Plaintiff's Motion.

IT IS THEREFORE ORDERED that the above-captioned cause be dismissed without prejudice.

DATED this 27th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge